IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL SAWYER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>EOG RESOURCES, INC., a Delaware Corporation; PETROLEUM EXPERIENCE, INC., a North Dakota Corporation; JED HELLER, an individual; JOHN DOE PIPE INSPECTION COMPANY, real name unknown; and JOHN DOES, individual or corporate entity 1 through 5<br><br>  Defendants. | Case No:1:19-cv-186<br><br>**STIPULATED AMENDED SCHEDULING ORDER** |

The parties have proposed new deadlines which would amend the Court's Scheduling Order [ECF #34]. The Court, being fully advised, hereby **ORDERS** that the deadlines in this case are amended as follows:

**Fact Discovery:**     February 21, 2021

**Discovery Motions:**  February 21, 2021

**Plaintiff:**          March 1, 2021

**Defendant:**          April 1, 2021

**Rebuttal Experts:**   May 1, 2021

All other deadlines and/or provisions of the Court's Scheduling Order [ECF #34] shall remain unchanged.

DATED this this 25th day of November 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court

6