## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael Sawyer, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| EOG Resources, Inc., a Delaware ) | |
| Corporation, Petroleum Experience, Inc., ) | |
| a North Dakota Corporation; Jed Heller, ) | |
| an individual; John Doe Pipe Inspection ) | |
| Company, real name unknown; and John ) | Case No. 1:19-cv-186 |
| Does, individual or corporate entity 1 ) | |
| through 5, ) | |
| ) | |
| Defendants. ) | |

On March 2, 2021, Plaintiff filed a Motion to Modify Scheduling Order. He anticipates that the parties will be filing a stipulated motion to amend the pleadings, which will in turn likely necessitate amendments to the pretrial deadlines. In the interim, he requests that the court extend his deadline to disclose experts by one week.

On March 2, 2021, the parties filed a Stipulated to Motion to File Second Amended Complaint. They request that the court grant Plaintiff leave to file a second amended complaint adding four additional defendants, Tri-Drill, LLC, Knight Energy Services, LLC, Knight Oil Tools, LLC, and Weatherford International, LLC.

The court **GRANTS** the parties' Stipulation Motion to File Second Amended Complaint. (Doc No. 46). Plaintiff shall file his Second Amended Complaint by March 12, 2021. As the addition of new defendants will likely require revisions to the pretrial deadlines, the court shall stay the parties' expert disclosure deadlines. Once the new defendants have appeared, the court will reset

1

these deadlines and, in consultation with the parties, otherwise revise its scheduled order as necessary.  Plaintiffs' Motion to Modify Scheduling Order (Doc. No. 45) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
