## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Paul Rozzi, as Personal Representative of the Estate of Michael Sawyer, deceased,<br><br>                        Plaintiff,<br><br>vs.<br><br>EOG Resources, Inc., a Delaware Corporation; Petroleum Experience, Inc., a North Dakota Corporation; Jed Heller, an individual; Weatherford International, LLC, a Delaware Limited Liability Company; Knight Energy Services, LLC, a Delaware Limited Liability Company; Knight Oil Tools, LLC, a Delaware Limited Liability Company; Tri-Drill, LLC, a Delaware Limited Liability Company; John Doe Pipe Inspection Company, real name unknown; and John Does, individual or corporate entity 1 through 5,<br><br>                        Defendants. | Case No. 1:19-cv-00186 |

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

[¶1]     THIS MATTER comes before the Court on a Stipulated Motion to Dismiss with Prejudice filed by the Parties on March 1, 2023. The Parties have agreed to dismiss this action with prejudice. The Parties have also stipulated each party will bear its own attorney's fees and costs.

[¶2]     Upon consideration, the Court **GRANTS** the Motion in its entirety. It is therefore **ORDERED** that this action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own attorney's fees and costs.

[¶3]        **IT IS SO ORDERED**.

DATED March 2, 2023.

_____
Daniel M. Traynor, District Judge
United States District Court